

# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

September 4, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/8/2015 10:18:35 AM
CHRISTOPHER A. PRINE
Clerk

CHERI DUNCAN
ATTORNEY OF RECORD
1201 FRANKLIN 13TH FLOOR
HOUSTON TX 77002

Defendant's Name: LAVOSHAE WYGAL

Cause No: 1980566

Court: CCCL#10

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 08/26/15
**Sentence Imposed Date:** 08/11/15
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** CHERI DUNCAN

Sincerely,

D. Bullock
Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

Cause No. 1980566

**THE STATE OF TEXAS**

Lavoshae Wygal , V. , A/K/A/ _____

_____ District Court / County Criminal Court at Law No. __10__

**Harris County, Texas**

**NOTICE OF APPEAL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

On __8·26·15__ (date), the defendant in the above numbered and styled cause gives
NOTICE OF APPEAL of his conviction

**The undersigned attorney (check appropriate box):**

☒ MOVES to withdraw
☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal

__8-26·15__
**Date**

__Lavoshae Wygal__
**Defendant (Printed name)**

**Attorney (Signature)**

__Cheryl Brown__
**Attorney (Printed name)**

__1507956648__
**State Bar Number**

__1314 Texas #1201__
**Address**

__713 526 4249__
**Telephone Number**

FILED
Chris Daniel
District Clerk
Time: _____
AUG 26 2015
By_____ Harris County, Texas
Deputy

**The defendant (check all that apply):**

☒ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him

☒ ASKS the Court to ORDER that a free record be provided to him

☒ ASKS the court to set BAIL

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief

__Lavoshae Wygal__
**Defendant (Signature)**

__Lavoshae Wygal__
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On _____ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time

☑ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record

    ☐ employing counsel or paying for a clerk's and court reporter's record

The Court **ORDERS** that

☑ Counsel's motion to withdraw is (**GRANTED**) **DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**

☐ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____ (attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant

**BAIL IS**

☐ **SET** at $ _____

☐ **TO CONTINUE** as presently set

☐ **DENIED** and is **SET** at **NO BOND** (Felony Only)

**DATE SIGNED** _____ **AUG 26 2015** _____

_____
**JUDGE PRESIDING,**
_____ **DISTRICT COURT /**
**COUNTY CRIMINAL COURT AT LAW NO** _10_
**HARRIS COUNTY, TEXAS**

CAUSE NO _198056 6_

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
| vs. | § | COURT AT LAW NUMBER _10_ |
| _Lavashae Wygal_ | § | HARRIS COUNTY. TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I. Judge of the trial court. certify this criminal case

☑ is not a plea-bargain case, and the defendant has the right of appeal  [*or*]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived. and the defendant has the right of appeal  [*or*]

☐ is a plea-bargain case  but the trial court has given permission to appeal. and the defendant has the right of appeal  [*or*]

☐ is a plea-bargain case. and the defendant has NO right of appeal  [*or*]

☐ the defendant has waived the right of appeal

_____
Judge Presiding

AUG 11 2015    8-11-15
_____
Date Signed

I have received a copy of this certification  I have also been informed of my rights concerning any appeal of this criminal case  including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure  I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals  Tex R App P 68 2  I acknowledge that if I wish to appeal this case and if I am entitled to do so it is my duty to inform my appellate attorney by written communication  of any change in the address at which I am currently living or any change in my current prison unit  I understand that  because of appellate deadlines  if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review

X _Lavashae_ _____
Defendant

_Cheryl Brown_
Defendant's Counsel

_00795648_

| Mailing address | State Bar of Texas ID Number |
| | _1314 Texas #1201_ |
| Telephone number | Mailing address |
| | _7-526 9299_ |
| Fax number (if any) | Telephone number |
| | _2-778 8789_ |
| | Fax number (if any) |

**FILED**
Chris Daniel
District Clerk

AUG 11 2015
Time:_____

Harris County, Texas
Deputy

IMAGED

*A defendant in a criminal case has the right of appeal under these rules  The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order  In a plea bargain case that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant a defendant may appeal only  (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal  TEXAS RULE OF APPELLATE PROCEDURE 25 2(a)(2)

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

CCL Form 22                                                                                    12-04-2012

# APPEAL CARD 1st

Court _CCCL#10_    _10-10-15_    Cause No. _198056_

## The State of Texas
### Vs
_WYGAL, LAVOSHAE_

_8-11-15_

Date Notice
Of Appeal: _8-26-15_

Presentation:          Vol._____ Pg._____

Judgment:              Vol._____ Pg._____

Judge Presiding _SHERMAN A ROSS_
Court Reporter_____
Court Reporter_____
Court Reporter_____

Attorney
on Trail _CHERYL BROWN._

Attorney
on Appeal_____

          Appointed_____ Hired_____

Offense_Failure to Identify Oneself to A
          Peace Officer_
Jury Trail:          Yes_XXXX No_____

Punishment
Assessed _6days HCJ / 3 days credit_

Companion Cases
(If Known)_____—_____

Amount of
Appeal Bond_____.500.00_____

Appellant
Confined:          Yes_____ No_XXXX_

Date Submitted
To Appeal Section_____

Deputy Clerk_____

_22/997_